# EXHIBIT 1

# Washington County Plat Finder

Bunsen Dr

Fulton Dr

Mccormick Dr  Mccormick Dr  Mccormick Dr  Mccormick Dr

20

NE

NW

Village of Germantown

20

6/10/2022, 11:41:12 AM  1:1,899

0  0.0225  0.045  0.09 mi
0  0.0375  0.075  0.15 km

Washington County

**Road Centerline**  Waterbody
— City/Village Street  WCArea
Current Parcel  Centerline
CP Surveys
Recorded Plats
Benchmarks

Washington County, Wisconsin
Washington County |

Case 2:24-cv-00527-NJ   Filed 05/01/24   Page 2 of 2   Document 1-1