# EXHIBIT 3

**Detailed Map**

