IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
Milwaukee Division

| | |
|---|---|
| ANR PIPELINE COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>0.62 ACRE, MORE OR LESS, IN WASHINGTON COUNTY, WISCONSIN ON PARCEL 201991 COMPOSED OF 5.86 ACRES, MORE OR LESS, BEING THAT MORE PARTICULARLY DESCRIBED AS LOT 1 OF CERTIFIED SURVEY MAP NO. 3975, RECORDED NOVEMBER 11, 1992, IN VOLUME 25 OF CERTIFIED SURVEY MAPS, PAGES 221 TO 223, AS DOCUMENT NO. 617557, BEING A REDIVISION OF PARCEL 3 OF CERTIFIED SURVEY MAP NO. 3858 RECORDED MAY 8, 1992, IN VOLUME 24, PAGE 228 AS DOCUMENT NO. 601582, BEING A PART OF THE SOUTHWEST ¼ OF THE NORTHEAST ¼ OF SECTION 20, TOWNSHIP 9 NORTH, RANGE 20 EAST, IN THE VILLAGE OF GERMANTOWN, COUNTY OF WASHINGTON, STATE OF WISCONSIN, INSTRUMENT NO. 1497726; OWNED BY G-TOWN VENTURES II, LLC,<br><br>and<br><br>G-TOWN VENTURES II, LLC<br>    SERVE:<br>        Martin W. Meyer, R/A<br>        1509 N. Prospect Ave.<br>        Milwaukee, WI 53202<br><br>*Defendants*. | Case No. 2:24-cv-527 |

## NOTICE OF FILING OF COMPLAINT IN CONDEMNATION

Plaintiff ANR Pipeline Company ("ANR"), by counsel, and pursuant to Federal Rule of Civil Procedure 71.1(d), hereby notifies you, G-Town Ventures II, LLC, that ANR has filed a Complaint in Condemnation ("Complaint") in the United States District Court for the Eastern

District of Wisconsin. The property interests to be condemned are located on real property in Washington County, Wisconsin, described as Parcel Identification No. 201991, composed of 5.86 acres, more or less, as is more particularly described in that certain Deed recorded as Instrument Number 1497726, among the land records of said County (the "Property").

**PLEASE TAKE FURTHER NOTICE THAT** this is an action to condemn the following property interests, consisting of 0.62 acre, more or less, which are also set forth in the Complaint and more fully described therein:

Amount of Temporary Workspace:  0.62 Acre

**PLEASE TAKE FURTHER NOTICE THAT** the authority for the taking is based on Section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h). The property interests taken will be used for the construction, operation, and maintenance of a natural gas pipeline and related facilities as authorized and approved by the Federal Energy Regulatory Commission via the issuance of a Certificate of Public Convenience and Necessity.

**PLEASE TAKE FURTHER NOTICE THAT** you may serve, in writing, an answer and grounds of defense to the Complaint, setting forth any objection or defense to the taking or damaging of the property or to the jurisdiction of the Court to hear the case, and a request to proceed with either the appointment of Commissioners or empanelment of a jury for the determination of just compensation, on ANR's attorney within twenty-one (21) days after being served with this Notice.

**PLEASE TAKE FURTHER NOTICE THAT** the failure to serve an answer constitutes consent to the taking and to the Court's authority to proceed with the action and fix the compensation.

**PLEASE TAKE FURTHER NOTICE THAT** if you do not serve an answer, you may file a notice of appearance.

**PLEASE TAKE FURTHER NOTICE THAT** ANR intends to request that the Court ascertain just compensation for the subject property to be taken upon or after the expiration of twenty-one (21) days from the service of this Notice.

Dated: May 1, 2024

Respectfully submitted,

**ANR PIPELINE COMPANY**
By Counsel

**/s/ Richard D. Holzheimer, Jr.**
Richard D. Holzheimer, Jr.
N. Patrick Lee
Zachary J. Poretz
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
rholzheimer@mcguirewoods.com
plee@mcguirewoods.com
zporetz@mcguirewoods.com

Anastasia P. Cordova
**MCGUIREWOODS LLP**
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
acordova@mcguirewoods.com

Jacques C. Condon (WI SBN 1033963)
**CONDON LAW FIRM, LLC**
136 N. Green Bay Road
Thiensville, WI 53092
Telephone: 262-238-0300
Facsimile: 262-478-1318
jacques@condon-law.com

*Counsel for ANR Pipeline Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that a true copy of the foregoing will be served upon all named Defendants via private process server or, for unknown landowners and if permitted by the court, via publication. Once service is effectuated, an Affidavit/Return of Service will be filed with this Court.

                                             **/s/ Richard D. Holzheimer, Jr.**
                                             Richard D. Holzheimer, Jr.